# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 23, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.  22-2194,          <u>Denise Ernul v. Appalachian Council of Governments</u>
                        6:21-cv-01842-TMC

TO:   Denise Ernul

BRIEF OR JOINT APPENDIX CORRECTION DUE:  May 26, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[ X ] Brief citations do not reference correct page number of the joint appendix. **Please refile volume I of the appendix. The appendix filed at ECF 26 ends on page 52. Table of Contents in the corrected sealed appendix filed at ECF 33 notes that volume I should end on page 64.**

Taylor Barton, Deputy Clerk
804-916-2702